421 A.2d 214

**The POTOMAC EDISON COMPANY, Appellant,**

v.

**COMMONWEALTH of Pennsylvania, Appellee.**

Supreme Court of Pennsylvania.

Argued Sept. 24, 1980.

Decided Nov. 3, 1980.
Reargument Denied Dec. 18, 1980.

Lloyd R. Persun, Howell C. Mette, Shearer, Mette & Woodside, Harrisburg, for appellant.

Eugene J. Anastasio, Deputy Atty. Gen., Harrisburg, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, and KAUFFMAN, JJ.

## ORDER

PER CURIAM:

Order of Commonwealth Court is affirmed, 50 Pa. Cmwlth. 1, 411 A.2d 1287.